Declaration of Rights. See May vs. State, 88 Fla. 96, 103 Sou. 115, and numerous authorities there cited.

It is, therefore, apparent that the essential requirements of law were not observed as to the matters herein discussed and it, therefore, follows that the judgment of the Circuit Court must be quashed and it is so ordered.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J., AND TERRELL AND DAVIS, J.J., concur in the opinion and judgment.

GALE LASSITER, *Petitioner*, VS. STATE OF FLORIDA, *Defendant*.
143 So. 219.
En Banc.
Decision filed July 21, 1932.

*W. W. Flournoy*, for Petitioner;

*Cary D. Landis*, Attorney General, and *Roy Campbell*, Assistant, for Respondent.

PER CURIAM.—The judgment of the Circuit Court here on review on writ of certiorari should be quashed on authority of the opinion and judgment in the case of Willie Cooper vs. State of Florida, filed this day, and it is so ordered.

Judgment quashed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN, AND DAVIS, J.J., concur.

J. O. BRADSHAW, *Petitioner*, VS. STATE OF FLORIDA, *Defendant*.
143 So. 219.
En Banc.
Decision filed July 21, 1932.

*W. W. Flournoy,* for Petitioner;

*Cary D. Landis,.* Attorney General, and *Roy Campbell,* Assistant, for Respondent.

PER CURIAM.—The judgment of the Circuit Court here on review on writ of certiorari should be quashed on authority of the opinion and judgment in the case of Willie Cooper vs. State of Florida, filed this day, and it is so ordered.

Judgment quashed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN, AND DAVIS, J.J., concur.

MRS. LILLIE MAE COULSON, *Petitioner,* vs. STATE OF FLORIDA, *Defendant.*

143 So. 219.

En Banc.

Decision filed July 21, 1932.

*W. W. Flournoy,* for Petitioner;

*Cary D. Landis,* Attorney General, and *Roy Campbell,* Assistant, for Respondent.

PER CURIAM.—The judgment of the Circuit Court here on review on writ of certiorari should be quashed on authority of the opinion and judgment in the case of Willie Cooper vs. State of Florida, filed this day, and it is so ordered.

Judgment quashed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN, AND DAVIS, J.J., concur.